UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.C., individually,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SOCIETY OF JESUS, OREGON PROVINCE,<br>an Oregon Corporation,<br><br>　　　　　Defendant. | NO. 2:05-CV-01662-JLR<br><br>PLAINTIFF'S INITIAL DISCLOSURES<br>PURSUANT TO FRCP 26(a)(1) |

A.  **IDENTITY OF INDIVIDUALS WITH DISCOVERABLE INFORMATION**

1.  **Plaintiff, J.C.**
    c/o GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP
    2100 One Union Square
    Seattle, WA 98101

    **Plaintiff J.C.** is aware of, among other things, the nature of the abuse he suffered, along with the damages has sustained as a result of that abuse.

2.  **Plaintiff, J.C.'s wife -- Susan Cook**
    c/o GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP
    2100 One Union Square
    Seattle, WA 98101

    **Susan Cook** is aware of, among other things, her knowledge and observations of J.C.'s damages, including emotional difficulties.

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

3. **Plaintiff, J.C.'s mother – Elizabeth Cook**
7612 37th St., West, Unit 1E
University Place, WA 98466
253.566.6197

**Elizabeth Cook** is aware of, among other things, her observations and interactions with Fr. Toulouse, and her knowledge and observations of J.C.'s damages, including emotional difficulties.

4. **Plaintiff, J.C.'s brother – Dale R. Cook**
3805 90 th Ave Ct. East
Puyallup, WA 98371
253.312.0767

**Dale Cook** is aware of, among other things, his observations of and interactions with Fr. Toulouse and has knowledge of J.C.'s damages, including emotional difficulties.

5. **Plaintiff, J.C.'s cousin – Thomas Helm**
Auburn, WA
253.709.9849

**Thomas Helm** is aware of, among other things, his observations of and interactions with Fr. Toulouse and has knowledge of J.C.'s damages, including emotional difficulties.

6. **Cindy Versherin**
2739 72nd Avenue SE
Mercer Island, WA 98040
206.232.6732

Ms. Versherin has knowledge of, among other things, Fr. Toulouse victimization of children.

7. **Dr. Bill Lennon**
Bellevue Community Services, Inc.
2281 116th Ave. NE, Suite 6
Bellevue, WA 98004-3037
425.454.0616

**Dr. Lennon** is J.C.'s counselor. He is aware of the effect the abuse had an J.C.'s life.

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

8. **Members, employees and/or agents of the Society of Jesus, Oregon Province and/or of Seattle University and/or of the Archdiocese of Seattle,** including, but not limited to,
   Fr. Thomas P. Martin, S.J.,
   Fr. Patrick J. Ford, S.J.,
   Christine Taylor, Chancellor, Archdiocese of Seattle,
   Fr. John D. Whitney, S.J.,
   Joyce M. Cox, BVM,
   Jessie Dye,
   Kathryn Johnson,
   Michael A. Tyrrell, S.J.,
   Rev. Stephen Sundborg, S.J.,
   Robert B. Grimm, S.J.,
   Most Rev. Alex Brunet, D.D.,
   Archbishop Connolly,
   Fr. Earl LaRiveiere,
   Fr. Joseph Perri, S.J.,
   Rev. John Fitterer,
   Fr. Louis Gaffney, S.J.,
   V. Rev. George L. Thomas, Chancellor, Archdioceses of Seattle
   Len Beil,
   Bill Sullivan

   These individuals have knowledge which includes, but is not limited to, identities of the victims of Fr. Michael Toulouse, knowledge that Fr. Michael Toulouse was a perpetrator of childhood sexual abuse or potential danger to children. Moreover, these witnesses are believed to have knowledge about the Oregon Province of the Society of Jesus' policies and practices regarding the hiring, monitoring and supervision of its priests and their response to allegations of childhood abuse.

9. **Other victims of childhood sexual abuse** – names currently unknown.

10. **Dominick Toulouse, M.D.** nephew of Fr. Michael Toulouse
    4011 Talbot Road South, Suite 460
    Renton, WA 98055
    425.271.5020

    It is believed that Dominick Toulouse has knowledge of the nature and extent of Fr. Toulouse abuse of children.

PLAINTIFF'S INITIAL DISCLOSURES - 3 of 6
156318

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

**11. Stuart Greenberg, Ph.D.**
1217 24th Ave. E., Ste. 220
Seattle, WA 98102

It is believed that Dr. Greenberg has knowledge relating to the effect Fr. Toulouse's had an certain victims, has knowledge of his communications with Fr. Stephen Sundberg, S.J. relating to the nature and extent of the defendant's knowledge of Fr. Toulouse's activities.

Plaintiff reserves the right to identify additional individuals or parties with discoverable information, including expert witnesses.

Plaintiff further reserves the right to call at trial any and all witnesses identified by the Defendant or which may be identified at a later date by Plaintiff during discovery in this matter.

## B. DOCUMENTS

1. Plaintiff identifies the personnel file maintained by defendant for Fr. Michael Toulouse and produced by defendant to plaintiff's counsel on July 6, 2005. In the interest of maintaining confidentiality, and to avoid duplicative production of documents, plaintiff does not attach the documents hereto. If defendant's desire an additional copy of the file, it will be produced.

2. Clinical records maintained by Dr. Bill Lennon. These documents were produced to defendant on July 6, 2005. In the interest of maintaining confidentiality, and to avoid duplicative production of documents, plaintiff does not attach the documents hereto. If defendant's desire an additional copy of the file, it will be produced.

3. J.C.'s medical records, to be obtained.

Plaintiff reserves the right to disclose additional relevant documents as discovery progresses.

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## C. COMPUTATION OF DAMAGES

Plaintiff has economic and non-economic damages, including pain and suffering, emotional and psychological injuries, and possible past and future wage loss claims. General damages are a matter for the unique province of the jury. Past and future wage loss will be explained and supported by expert testimony.

## D. INSURANCE AGREEMENTS

This category is not applicable to Plaintiff.

DATED this 27th day of December, 2005.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By /s/ Michelle Menely
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmmenely@gth-law.com
Attorneys for Plaintiff

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 27th day of December, 2005, I did serve true and correct copies of the foregoing via ECF procedures by directing delivery to and addressed to the following:

*Counsel for Defendant:*
Thomas V. Dulcich, Esq.
Mario J. Madden, Esq.
SCHWABE, WILLIAMSON & WYATT, P.C.
U.S. Bank Centre
1420 Fifth Ave., Suite 3010
Seattle, WA 98101

_____
Tanya Garbell,
Legal Assistant to Michael T. Pfau

PLAINTIFF'S INITIAL DISCLOSURES - 6 of 6
156318

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565